993 So.2d 604 (2008)
Jeanette WILLIAMS, Appellant,
v.
ALLIED INTERSTATE & Florida Workers Compensation, JUA, Appellees.
No. 1D07-6396.
District Court of Appeal of Florida, First District.
October 30, 2008.
*605 Gilbert R. Panzer, Boca Raton, and Bill McCabe, Longwood, for Appellant.
H. George Kagan of Miller, Kagan, Rodriguez & Silver, P.L., West Palm Beach, for Appellees.
PER CURIAM.
REVERSED AND REMANDED. See Murray v. Mariner Health, ___ So.2d ___, 2008 WL 4659381 (Fla. Oct. 23, 2008).
BROWNING, C.J., WOLF and BENTON, JJ., concur.